# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JVIS-USA, LLC,

    Plaintiff,

v.

FARADAY & FUTURE INC.,

    Defendant.

Case No. 23-10456

Hon. F. Kay Behm

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JVIS-USA, LLC hereby gives notice that this action is voluntarily dismissed without prejudice. Defendant Faraday & Future Inc. has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: May 24, 2023

/s/ David B. Viar
David B. Viar (P43479)
Eric J. Minch (P80926)
*Counsel for Plaintiff*
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
dbv@miller.law
ejm@miller.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, I electronically filed the foregoing document via the Court's CM/ECF system, which will notify all counsel of record authorized to receive such filings.

| | |
|---|---|
| Dated: <u>May 24, 2023</u> | <u>*/s/ David B. Viar*</u><br>David B. Viar (P43479)<br>Eric J. Minch (P80926)<br>*Counsel for Plaintiff*<br>THE MILLER LAW FIRM, P.C.<br>950 W. University Dr., Ste. 300<br>Rochester, MI 48307<br>(248) 841-2200<br>dbv@miller.law<br>ejm@miller.law |